# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

ORLANDO MALONE, )
)
    Plaintiff, )
) No.: 1:22-CV-61-TRM-CHS
v. )
)
CARL F. PETTY, et al., )
)
    Defendants. )

## JUDGMENT ORDER

For the reasons set forth in the Memorandum and Order filed herewith, it is **ORDERED** and **ADJUDGED** that this prisoner's pro se civil rights action filed under 42 U.S.C. § 1983 is **DISMISSED** for failure to state a claim upon which relief may be granted and as legally frivolous. 28 U.S.C. §§ 1915(e)(2)(B) and 1915A.

Because the Court **CERTIFIED** in the Memorandum and Order that any appeal from this Order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

                                  **/s/ *Travis R. McDonough***
                                  **TRAVIS R. MCDONOUGH**
                                  **UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
    s/ *LeAnna R. Wilson*
    CLERK OF COURT